**Order No. 97–29**
**March 25, 1997**

19763     State v. Okamura     Affirmed

**Order No. 97–30**
**March 25, 1997**

19298     State v. Brunson     Affirmed

**Order No. 97–31**
**March 25, 1997**

19299     State v. Williams     Affirmed

**Order No. 97–32**
**March 25, 1997**

19983     Eline v. State     Affirmed

**Order No. 97–33**
**April 9, 1997**

| | | |
|---|---|---|
| 18771 | Yamada & Sons v. Argonaut Ins. Co. | Affirmed |
| 18900 | Peters v. Ivey | Affirmed |
| 19093 | State v. Kirby | Affirmed |
| 19331 | State v. Galo | Affirmed |
| 19478 | Adoption of Male Child (b. 8/24/89), In re | Affirmed |
| 19533 | Peters v. Ivey | Affirmed |
| 19704 | State v. Rodrigues | Affirmed |
| 19710 | Kauwe v. State | Affirmed |

**Order No. 97–34**
**April 9, 1997**

20053     State v. Mahuka     Vacated